Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

Southern Division

Joel B. Ahia
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

George Havard Et. Al.
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
) Jury Trial: *(check one)* [✓] Yes  [ ] No
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Joel B. Ahia
Street Address: 7060 Walther Rd.
City and County: Grand Bay / Mobile
State and Zip Code: Alabama / 36541
Telephone Number: 228-990-6592
E-mail Address: ∅

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: GEORGE HAVARD
  Job or Title (if known): SHERIFF
  Street Address: 355 Cox St.
  City and County: LUCEDALE / GEORGE
  State and Zip Code: MISSISSIPPI / 39452
  Telephone Number: (601)-947-4981
  E-mail Address (if known):

Defendant No. 2
  Name: PAUL REALLY
  Job or Title (if known):
  Street Address: 3901 REGENT AV
  City and County: MOSS POINT / JACKSON
  State and Zip Code: MISSISSIPPI / 39561
  Telephone Number: ∅
  E-mail Address (if known): ∅

Defendant No. 3
  Name: JERRY MINCHEW
  Job or Title (if known): TEARING UP MY CAR DISABLED
  Street Address: 3901 REGENT
  City and County: MOSS POINT / JACKSON
  State and Zip Code: MISSISSIPPI / 39561
  Telephone Number: ∅
  E-mail Address (if known): ∅

Defendant No. 4
  Name: DAVID JACKSON
  Job or Title (if known): GRAND BAY WILMER Rd.
  Street Address: 11 old Hill GRO COFFEE
  City and County: GRAND BAY / MOBILE
  State and Zip Code: ALABAMA / 36541
  Telephone Number: ∅
  E-mail Address (if known): ∅

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.


### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __JOEL AHIA__, is a citizen of the State of *(name)* __Alabama__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __George Havard__, is a citizen of the State of *(name)* __Mississippi__. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**500 TRIllion, Anything of Value Land, houses, cows, USC, whatever**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### IV. Relief

**Sheriff George Havard Arrested me in Sims Alabama To get vital International Evedence of Attempted Murders & other Things of Evedence**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I have had vital evidence stolen of a huge magnitude, I got beat, And my human rights were violated*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/1/23

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: JOEL B AHIA

### B. For Attorneys

Date of signing: 2/1/23

Signature of Attorney: *[signed]*
Printed Name of Attorney: JOEL B. AHIA *Assisted by another possibly*
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

# Facts of the Case    P.1

### Fact 1.

Sheriff George Havard pulled me over in Sims Alabama, as I was getting gas. (Clearly out of his jurisdiction)

### Fact 2.

I was not coming from George Co., in fact I was coming from and in Alabama, and was not even wanted by George Co. for anything, but I had evedence on my phone for Israel and the United States against Nvidia Corp. I think Sheriff George Havard & David Jackson have me on a sight because of my genitals, almost for sure, well for sure, and they are making money with out my knowledge I am followed at all times.

### Fact 3.

I was stopped to try to be set up, so he (Sheriff & David Jacksons workers = Paul Re'ally ect.) so they could gain access to my phone because I always take pictures and bag, and tag, and date, also put case 200 on it and for Israel

Fact 3. ect

Because I am also a citizen of Israel, my Dad is buried in Haifa Israel, so no one would mess with it, I am tring to help the United States, NVIDIA Corp. has distributed for money, a product that can use lights to see through clothes, in houses, cars, and anywhere the people with Black ops glasses or X-Ray glasses that go strait to a computer, in a house they put in a fuse, but it gives off an extreme low frequency that can kill humans - see computer extreme low frequency.

Fact 9.
I was stopped because they wanted to hurt me, (but people were there saying things, and asking why Lucedale was in Alabama) they also as I said wanted to set me up, and tryed. A jailer handed me a white bottle, but pulled it back before I touched it, and said "I got meth, and his mouth is blue from eating xanay, but they had fake xanay, and I get colonapin by perscription

Fact. 4

So they took me to jail, did not read me my rights, went through my car with non-police — Paul Re'ally = disabled felon works for David Jackson & George Havard = Steve Havard = who George Havard gave a badge to but is his illigitimate son, He is not a police — Jerry Minchew who also works for them, but not a police, and Delilah Sayer, who also is not a police, and Randy Neil, yep = not a police, but went through all my evedence stealing and erasing most of it. Then George Havard drove his car down the side of mine tearing it up, and then had it towed to Leaksville to try to cover it up.
  Please help.

[signature]

2/1/23

Fact 5

They said I had meth, but could not produce any because it was a lie, and as I said they took me to jail jumped on me (six or seven) as the rest went through my car & phone

Fact. 6

I got out later and bonded out for fake xanax planted on me, and when I came back for court, they told me to go home, but I went and pressed charges on George Havard and he tore them up.

*[signature]*

1/2/23