# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 23-00074-KD-B |
| GEORGE HAVARD, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2)(5), dated June 15, 2023 (doc. 6) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

DONE and ORDERED this 10th day of July 2023.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE