# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL B. ATTIA, | ) |
|    Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 23-00074-KD-B |
| GEORGE HAVARD, *et al.*, | ) |
|    Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 6), it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

DONE and ORDERED this 10th day of July 2023.

                                                  s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE